UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNY PELLMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | No.  4:17-CV-5061-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND**<br><br>**JUDGMENT: REVERSED AND REMANDED** |

　　　Before the Court, without oral argument, is the parties' Stipulated Motion for Remand, ECF No. 12. The parties are asking the Court to remand the case back to the Appeals Council pursuant to 42 U.S.C. § 405(g). That section states in relevant part: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. 405(g).  The parties seek remand for the Administrative Law Judge to consider Plaintiff's reasons for late filing of the request for hearing, with the opportunity to develop the record regarding those reasons. ECF No. 12.  The Court agrees, and remands this case for further administrative proceedings. Upon proper presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.
2. Pursuant to 42 U.S.C. § 405(g), this case is **REVERSED** and **REMANDED** to the Social Security Administration for further proceedings consistent with the parties' stipulation.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. **JUDGMENT** is to be entered in the Plaintiff's favor.
6. An application for attorney fees may be filed by separate motion.
7. The case shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Judgment Order and provide copies to all counsel and to the Social Security Administration.

**DATED** this ___21st___ day of July 2017.

_____ s/Edward F. Shea _____
EDWARD F. SHEA
Senior United States District Judge