AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

Jenny Pellman

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Commissioner of Social Security | ) |
| | ) |
| _____ | |
| *Defendant* | |

Civil Action No.   4:17-cv-02061-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Parties' Stipulated Motion for Remand, ECF No. 12, is GRANTED.
Pursuant to 42 U.S.C. § 405(g), Case is REVERSED and REMANDED to the Social Security Administration for further
proceeding consistent with parties' stipulation.
Judgment entered for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   EDWARD F. SHEA _____ on a stipulated motion
For Remand, ECF No. 12.

Date:  07/21/2017 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
                              *(By) Deputy Clerk*

Allison Yates _____